IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROL S. THOMPSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>JO-ANN STORES, LLC<br><br>                    Defendant. | CASE NO. 19-CV-2162<br><br>(Removed from Circuit Court of Macon County, Illinois, Law Division; Case No. 2019 L 00042)<br><br>JUDGE _____<br><br>**<u>NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT JO-ANN STORES, LLC</u>** |

NOW COMES Defendant, Jo-Ann Stores, LLC ("Defendant"), by and through counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby gives notice of the removal of the above-referenced matter from the Circuit Court of Macon County, Illinois, in which it is now pending, to the United States District Court for the Central District of Illinois.

FIRST:  This is a personal injury and, more specifically, a premises liability action. This action was filed in the Circuit Court of Macon County, Illinois on May 14, 2019, bearing Case No. 2019 L 000042.

SECOND: In the Complaint, Plaintiff Carol Thompson alleges that the subject incident has caused injuries to her, that she "has been prevented from attending [to] her usual affairs and duties and experienced pain, suffering, disability and loss of normal life." She also alleges that she "has incurred and become liable for large sums of money in hospital, medical and related expenses." She further alleges she "has incurred and will continue to incur pain, suffering, disability and loss of normal life all to her damage in a substantial amount, all in excess of the

jurisdictional amount of $50,000.00." Her attorney has stated Plaintiff is not willing to stipulate to damages equal to or less than $75,000.

THIRD: Plaintiff's allegations regarding physical injuries, expenses for medical and other care, wage loss, non-economic damages and loss of consortium damages, constitute an amount in controversy that clearly exceeds $75,000.00 exclusive of costs and interest.

FOURTH: Defendant Jo-Ann Stores, LLC is a limited liability company. The membership interests of Jo-Ann Stores, LLC are owned solely by Needle Holdings LLC, a limited liability company. The membership interests of Needle Holdings LLC are owned solely by Jo-Ann Stores Holdings, Inc., a Delaware corporation with its principal place of business in Delaware. As such, Defendant Jo-Ann Stores, LLC is a citizen of Delaware.

FIFTH: Plaintiff Carol Thompson is, and has been at all times relevant herein, a resident and citizen of the state of Illinois.

SIXTH: Since Plaintiff is an Illinois resident, and Defendant Jo-Ann Stores, LLC is a citizen of Delaware, there exists complete diversity of citizenship between Plaintiff and Defendant and, therefore, this action may be removed from state court to Federal Court pursuant to 28 U.S.C. §§ 1332 and 1441.

SEVENTH: Defendant attaches hereto a copy of all process, pleadings and orders on file in said state proceeding and a copy of the Notice of Filing Notice of Removal which Defendant will serve upon Plaintiff promptly after the filing of this Notice of Removal, pursuant to 28 U.S.C. § 1446(a). See Exhibit A.

EIGHTH: Defendant will file a copy of the Notice of Removal with the Clerk of the Circuit Court of Macon County, Illinois, immediately after filing hereof.

NINTH: No further proceedings have commenced in this action in the Circuit Court of Macon County, Illinois.

                                                    Respectfully submitted,

                                                    */s/ Julia L. Mohan*
                                                    Julia L. Mohan, Esq.
                                                    Roetzel & Andress, LPA
                                                    30 N. LaSalle Street, Suite 2800
                                                    Chicago, IL  60602
                                                    Tel:  312.580.1200
                                                    Fax:  312.580.1201
                                                    jmohan@ralaw.com

                                                    ATTORNEY FOR DEFENDANT
                                                    JO-ANN STORES, LLC

## PROOF OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served upon the following parties via E-mail and U.S. Mail this 20th day of June, 2019:

John N. Cannon
McCarthy, Rowden & Baker
243 South Water Street
Decatur, IL  62523
Phone: (217) 428-4323
Fax: (217) 428-6076
johnc@law-mrb.com

ATTORNEY FOR PLAINTIFF
CAROL S. THOMPSON

                                                    */s/*Julia L. Mohan
                                                    Attorney for Defendant

13920386 _1 119494.0107

FILED
MACON COUNTY ILLINOIS
5/14/2019 4:31 PM
LOIS A. DURBIN
CLERK OF THE CIRCUIT COURT

# IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
# MACON COUNTY, ILLINOIS

| | | |
|---|---|---|
| CAROL S. THOMPSON, | ) | |
| | ) | 2019L42 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JO-ANN STORES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, CAROL S. THOMPSON, by and through her attorneys, McCARTHY, ROWDEN, BAKER & CANNON, and complains against the Defendant, JO-ANN STORES, LLC, and states as follows:

1. That at all times relevant hereto, CAROL S. THOMPSON is and has been a resident of Macon County, Illinois.

2. That the Defendant, JO-ANN STORES, LLC, operates a retail store located at 4298 North Prospect Drive, Decatur, Illinois and is a business organized to sell goods in Macon County, Illinois.

3. That this Complaint is based upon an injury that occurred at JO-ANN FABRIC AND CRAFT STORE located at 4298 North Prospect Drive in the City of Decatur, Macon County, Illinois on or about May 17, 2017.

4. At the time and place alleged above, JO-ANN STORES, LLC had a duty to use reasonable care in the ownership, operation, management, maintenance, and control of the subject premises.

5. That at the aforementioned time and place, CAROL S. THOMPSON was on the

premises as a customer and patron of JO-ANN STORES, LLC pushing a shopping cart while she shopped on the premises.

6. That as CAROL S. THOMPSON was walking she slipped on a liquid that had spilled on the floor from a kid's bubble bottle causing her to fall and to be injured.

7. While operating its place of business at the aforementioned time and place, JO-ANN STORES LLC owed CAROL S. THOMPSON a duty to exercise reasonable care in the care and upkeep of said premises and breached said duty and was otherwise negligent in one or more of the following respects:

   a. Failed to provide a safe means of transport for patrons of its establishment;

   b. Failed to keep and maintain a safe environment for patrons;

   c. Failed to provide any type of warning for its customers concerning the unsafe condition of the area surrounding the spilled bottle of liquid when it knew, or in the exercise of ordinary care should have known, that a warning was necessary for the safety of its customers, including the Plaintiff;

8. As a direct and proximate result of one or more of the foregoing, JO-ANN STORES LLC caused an accident at the aforementioned time and place causing injury and damages to HEATHER DAVIDSON. Plaintiff has been prevented from attending her usual affairs and duties and experienced pain, suffering, disability and loss of normal life. Plaintiff has incurred and become liable for large sums of money in hospital, medical and related expenses. Plaintiff has incurred and will continue to incur pain, suffering, disability and loss of normal life all to her damage in a substantial amount, all in excess of the jurisdictional amount of $50,000.00.

WHEREFORE, the Plaintiff, CAROL S. THOMPSON , prays for judgment in favor of the Plaintiff and against the Defendant, JO-ANN STORES LLC, in excess of $50,000.00 plus costs.

CAROL S. THOMPSON, Plaintiff,

McCARTHY, ROWDEN, BAKER & CANNON

_____
JOHN N. CANNON

John N. Cannon
McCarthy, Rowden & Baker
243 South Water Street
Decatur, IL 62523
Telephone#: 217-428-4323
Fax#: 217-428-6076
johnc@law-mrb.com

## ATTORNEY AFFIDAVIT

JOHN N. CANNON, after first being duly sworn, does hereby state and depose as follows:

1. I am the attorney for the Plaintiff in the foregoing Complaint at Law.

2. After investigation and consideration of this claim, I place a value on this claim in excess of $50,000.00

_____
John N. Cannon

Subscribed and sworn to before me this 15th day of May, 2019

_____
Notary Public

"OFFICIAL SEAL"
HEATHER R. SMITH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 08-09-2022

John N. Cannon
McCarthy, Rowden & Baker
243 South Water Street
Decatur, IL 62523
Telephone#: 217-428-4323
Fax#: 217-428-6076
johnc@law-mrb.com